STATE OF MINNESOTA

IN SUPREME COURT

A15-1730



FILED

March 21, 2016

OFFICE OF
APPELLATE COURTS

Adelbys Tamayo Lopez,

       Relator,

vs.

JBS USA, LLC, and Zurich American
Insurance Co./Sedgwick CMS, Inc.,

       Respondents,

and

Sanford Health,

       Intervenor.

---

Adelbys Tamayo Lopez, Denison, Iowa, pro se relator.

William G. Laak, Brian J. Kluk, McCollum, Crowley, Moschet, Miller & Laak, Ltd., Minneapolis, Minnesota, for respondents.

---

Considered and decided by the court without oral argument.

O R D E R

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that relator's motion to accept new evidence be, and the same is, denied.

IT IS FURTHER ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on September 28, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn. 1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Dated: March 21, 2016          BY THE COURT:

David R. Stras
Associate Justice